# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 16, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133554(158)(159)

NATIONAL PRIDE AT WORK, INC., a non-profit organization on behalf of its Michigan Members, *et al*.,
      Plaintiffs-Appellants,

v

GOVERNOR OF MICHIGAN and CITY OF KALAMAZOO,
      Defendants-Appellees,
and

ATTORNEY GENERAL,
      Intervening Defendant-Appellee.
_____

SC: 133554
COA: 265870
Ingham CC: 05-000368-CZ

      On order of the Chief Justice, the motion for temporary admission of Stephen Sanders is GRANTED. The motion by the Michigan Professors of Law for leave to file a brief *amicus curiae* is considered and it is GRANTED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 16, 2007

_____
Clerk